HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS WOOD and SANDRA KARLSVIK, husband and wife,

    Plaintiffs,

v.

KITSAP COUNTY; WEST SOUND NARCOTICS ENFORCEMENT TEAM; OFFICER MATTHEW DOUGIL, WestNET); GIG HARBOR POLICE DEPARTMENT DETECTIVE JOHN DOE SCHUSTER (WestNET) DETECTIVE JOHN HALSTED (POULSBO POLICE DEPT, WestNET, Badge #606); DETECTIVE G.R. MARS (WSP STATEWIDE INCIDENT RESPONSE TEAM, Badge #685); DETECTIVE JOHN DOE WILSON and JOHN DOES 1-25

    Defendants.

NO.  C05-5575RBL

DEFENDANTS GIG HARBOR, DOUGIL, SCHUSTER AND HALSTED'S RULE 26(a)(2) DISCLOSURE STATEMENT

COME NOW the defendants Gig Harbor Police Department, Detective John Halsted, Sgt.

DEFENDANTS GIG HARBOR, DOUGIL, SCHUSTER AND HALSTED'S RULE 26(a)(2) DISCLOSURE STATEMENT
 (C05-5575RBL) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  Dale Schuster and Sgt. Matthew Dougil, by and through undersigned counsel of record, pursuant to

2  FRCP 26(a)(2), and provide the following disclosure of expert testimony:

3  <u>Expert Witnesses</u>

4        The following individuals may be used at trial to present evidence under Rule 702, 703 or

5  705 of the Federal Rules of Evidence.

6        1.    Sheena Aurora
           1101 Madison, Suite 200
7             Seattle, WA  98104
           (206) 215-2978
8

9        Dr. Aurora is a neurologist who specializes in pain management.  Her curriculum vitae and

10  report have been submitted by defendant State of Washington (Docket No. 39).

11        2.    Detective Roy Alloway
           239 Fourth Street, 1st Floor
           Bremerton, WA  98337
12

13        Detective Alloway is an expert in the detection, investigation and eradication of drug use,

14  including marijuana as well as the amount of marijuana constituting a 60-day supply for personal

15  medicinal purposes.  His report is attached hereto.

16        DATED this 20th day of October, 2006.

17  / / /

18  / / /

19  / / /

20  / / /

21

DEFENDANTS GIG HARBOR, DOUGIL, SCHUSTER
AND HALSTED'S RULE 26(a)(2) DISCLOSURE
STATEMENT
(C05-5575RBL) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

                CHRISTIE LAW GROUP, PLLC

        By     /s/  Jason M. Rosen
           ROBERT L. CHRISTIE, WSBA #10895
           JASON M. ROSEN, WSBA #26550
           Attorneys for Defendants Gig Harbor Police
              Department, Officer Matthew Dougil,
              Detective John Doe Schuster and
              Detective John Halsted
        2100 Westlake Avenue N., Suite 206
        Seattle, WA  98109
        Telephone:  (206) 957-9669
        Fax:  (206) 352-7875
        Email:  bob@christielawgroup.com

DEFENDANTS GIG HARBOR, DOUGIL, SCHUSTER AND HALSTED'S RULE 26(a)(2) DISCLOSURE STATEMENT
 (C05-5575RBL) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Leemon, WSBA #5005
LEEMON & ROYER PLLC
2505 Second Avenue, Suite 610
Seattle, WA 98121
leemon@leeroylaw.com


Jeffrey Stier, WSBA #6911
Assistant Attorney General
Torts Division
629 Woodland Square Loop SE
P.O. Box 40126
Olympia, WA  98504-0126
JeffreyS@atg.wa.gov

CHRISTIE LAW GROUP, PLLC


By   /s/ Jason M. Rosen
ROBERT L. CHRISTIE, WSBA # 10895
JASON M. ROSEN, WSBA #26550
Attorneys for Defendants Gig Harbor Police
   Department, Officer Matthew Dougil,
   Detective John Doe Schuster and
   Detective John Halsted
2100 Westlake Avenue N., Suite 206
Seattle, WA  98109
Telephone:  (206) 957-9669
Fax:  (206) 352-7875
Email:  jason@christielawgroup.com

DEFENDANTS GIG HARBOR, DOUGIL, SCHUSTER
AND HALSTED'S RULE 26(a)(2) DISCLOSURE
STATEMENT
(C05-5575RBL) - 4

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669