HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS WOOD and SANDRA KARLSVIK, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY; WEST SOUND NARCOTICS ENFORCEMENT TEAM; OFFICER MATTHEW DOUGIL, WestNET); GIG HARBOR POLICE DEPARTMENT DETECTIVE JOHN DOE SCHUSTER (WestNET) DETECTIVE JOHN HALSTED (POULSBO POLICE DEPT, WestNET, Badge #606); DETECTIVE G.R. MARS (WSP STATEWIDE INCIDENT RESPONSE TEAM, Badge #685); DETECTIVE JOHN DOE WILSON and JOHN DOES 1-25<br><br>Defendants. | NO. C05-5575RBL<br><br>ORDER GRANTING DEFENDANTS CITY OF GIG HARBOR, MATT DOUGIL, DALE SCHUSTER AND JOHN HALSTED'S MOTION TO STAY DISCOVERY PENDING RULING ON QUALIFIED IMMUNITY<br><br>~~PROPOSED~~ |

THIS MATTER having come on regularly before this Court on Defendants City of Gig Harbor, Matt Dougil, Dale Schuster, and John Halsted's Motion to Stay Discovery Pending Ruling

ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON QUALIFIED IMMUNITY (C05-5575RBL) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

on Qualified Immunity, the Court having reviewed the pleadings and files in this matter, specifically including the following:

1. Defendants City of Gig Harbor, Matt Dougil, Dale Schuster and John Halsted's Motion to Stay Discovery Pending Ruling on Qualified Immunity;

2.

3.

and being otherwise fully advised in this matter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants City of Gig Harbor, Matt Dougil, Dale Schuster and John Halsted's Motion to Stay Discovery Pending Ruling on Qualified Immunity is GRANTED. All discovery directed to the moving defendants is stayed pending the ruling on qualified immunity.

DATED this 12th day of December, 2006.

_____
HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

CHRISTIE LAW GROUP, PLLC

By ____/s/ Jason M. Rosen_____
ROBERT L. CHRISTIE, WSBA #10895
JASON M. ROSEN, WSBA #26550
Attorneys for Defendants Gig Harbor Police Department,
Officer Matthew Dougil, Detective John Doe Schuster
and Detective John Halsted

ORDER GRANTING DEFENDANTS'
MOTION TO STAY DISCOVERY PENDING
RULING ON QUALIFIED IMMUNITY (C05-5575RBL) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669