HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS WOOD and SANDRA KARLSVIK, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY; WEST SOUND NARCOTICS ENFORCEMENT TEAM; OFFICER MATTHEW DOUGIL (WestNet); GIG HARBOR POLICE DEPARTMENT DETECTIVE JOHN DOE SCHUSTER (WestNet); DETECTIVE JOHN HALSTED (POULSBO POLICE DEPT. West NET, Badge #606); DETECTIVE G.R. MARS (WSP STATEWIDE INCIDENT RESPONSE TEAM, Badge #685); DETECTIVE JOHN DOE WILSON and JOHN DOES 1-25,<br><br>Defendants. | Case No. C05-5575RBL<br><br>ORDER TO SHOW CAUSE |

THIS MATTER comes on before the above-entitled Court upon Defendants Schuster, Halstead, and Dougil's Motion for Summary Judgment [Dkt. #42] and upon the Washington State Patrol Defendants' Motion for Summary Judgment [Dkt. #50].

Having considered the entirety of the records and file herein, the Court rules as follows:

ORDER
Page - 1

1  The defendants have filed summary judgment motions which are noted for Friday, December 15, 2006.[1]
2  Under Local Rule CR 7(b)(2) any opposition to the motions was due on December 11, 2006.  Plaintiffs have
3  failed to file any brief in opposition to the motions, and under the Local Rule this Court may consider the
4  failure to file briefs in opposition to the motions as an admission that the motions have merit.  Therefore,
5  plaintiffs shall show cause in writing why these motions should not be granted <u>and</u> file opposition briefs as
6  required by Local Rule 7(b)(2) on or before December 29, 2006.  **The failure to file a response to this Order**
7  **to Show Cause <u>and</u> any opposition briefs to the motions by December 29, 2006 will result in the**
8  **granting of defendants' motions**.  Defendants' motions [Dkt. #'s 42 and 50] will be re-noted for January 5,
9  2006.

10  **IT IS SO ORDERED.**

11  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
12  pro se.

13  Dated this 15th day of December, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

---

[1] Defendants Schuster, Halstead, and Dougil originally filed their motion on November 2, 2006 and noted it for November 24, 2006.  They subsequently re-noted the motion for December 15, 2006 [Dkt. #49].  The WSP defendants originally filed their motion on November 16, 2006 and noted it for December 8, 2006.  The WSP defendants subsequently re-noted the motion for December 15, 2006 [Dkt. #55].  Thus, plaintiffs have had more than the usual time to file any opposition to the motions.