05-CV-05575-ORD

HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
RECEIVED

SEP 13 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS WOOD and SANDRA KARLSVIK, husband and wife,

Plaintiffs,

v.

KITSAP COUNTY; WEST SOUND NARCOTICS ENFORCEMENT TEAM; OFFICER MATTHEW DOUGIL WestNET); GIG HARBOR POLICE DEPARTMENT; DETECTIVE JOHN DOE SCHUSTER (WestNET) DETECTIVE JOHN HALSTED (POULSBO POLICE DEPT, WestNET, Badge #606); DETECTIVE G.R. MARS (WSP STATEWIDE INCIDENT RESPONSE TEAM, Badge #685); DETECTIVE JOHN DOE WILSON and JOHN DOES 1-25

Defendants.

No. . C05-5575RBL

**STIPULATED PROTECTIVE ORDER**

I. STIPULATION

COME NOW the parties, by and through Mark Leemon, Attorney for Plaintiffs DOUGLAS WOOD and SANDRA KARLSVIK, husband and wife, and Robert M. McKenna, Attorney General, and Jeffrey D. Stier, Assistant Attorney General, attorneys for Washington

STIPULATED PROTECTIVE ORDER     1     ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

State Patrol Defendants DETECTIVE G.R. MARS (WSP STATEWIDE INCIDENT RESPONSE TEAM, Badge #685); DETECTIVE JOHN DOE WILSON (WSP Defendants) and hereby stipulate and agree to the entry of this Protective Order.

The parties agree that information regarding the Statewide Incidence Response Team (SIRT), now Special Weapons and Tactics Team (SWAT) requested by Plaintiffs in this matter may contain confidential information of a sensitive nature, tactical or otherwise, where dissemination of the same may jeopardize the safety and/or health of SWAT personnel. As such, the parties hereto do stipulate and agree to the terms set forth in the following Protective Order.

STIPULATED TO:

| LEEMON + ROYER PLLC | ROB MCKENNA |
| | Attorney General |

/s/ Mark Leemon
MARK LEEMON, WSBA #5005
Counsel for Plaintiffs

/s/ Jeffrey D. Stier
JEFFREY D. STIER, WSBA No. 6911
Assistant Attorney General
Attorneys for WSP Defendants

## II. PROTECTIVE ORDER

THIS MATTER having come on regularly before the court on the parties' stipulation, and plaintiffs appearing by and through their attorneys, Mark Leemon, and WSP Defendants appearing by and through their attorneys Robert M. McKenna, Attorney General, and Jeffrey D. Stier, Assistant Attorney General; and the Court having considered the records and files herein and in all things being fully advised, this Court does hereby ORDER, ADJUDGE and DECREE as follows:

1. Certain records sought by parties in discovery regarding the Statewide Incidence Response Team (SIRT), now Special Weapons and Tactics Team (SWAT) requested by Plaintiffs

STIPULATED PROTECTIVE ORDER — 2 — ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

in this matter may contain confidential information of a sensitive nature, tactical or otherwise, where dissemination of the same may jeopardize the safety and/or health of SWAT personnel.. However, disclosure of these records and information is necessary between the parties for the purposes of this lawsuit.

2. WSP Defendants may designate a Statewide Incidence Response Team (SIRT), now Special Weapons and Tactics Team (SWAT) document as "confidential" if the party has a reasonable basis to believe the document contains confidential information of a sensitive nature, tactical or otherwise. If plaintiffs disagree with the designation that party may move to remove the designation. Unless and until the Court rules otherwise, any document designated confidential by WSP Defendants shall be treated as confidential as provided in this order.

3. In the case of documents and information contained therein, designation of the document as "confidential" shall be made by clearly identifying with particularity the portion of document(s) designated as confidential and marking **"CONFIDENTIAL DOCUMENT - PURSUANT TO PROTECTIVE ORDER"**.

4. The contents of any confidential portion of any document produced and copied pursuant to this order shall not be disclosed in any manner or form to any person and/or entities other than to the parties' attorneys, the attorneys' staff, and the parties' experts.

5. All records produced or disclosed shall be used solely for the purpose of this litigation. The parties, through their attorneys, may utilize the confidential and/or privileged information under seal in accordance with the Clerk's procedures.

6. The parties shall be allowed to use the aforementioned documents in depositions of parties and witnesses, including expert witnesses in this case. Any deposition transcripts or exhibits containing protected information which are filed in Court shall be marked, on the face of the document(s), **"CONFIDENTIAL DOCUMENT - PURSUANT TO PROTECTIVE ORDER"** and filed under seal in accordance with the Clerk's procedures. At the conclusion of

STIPULATED PROTECTIVE ORDER 3 ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

this litigation, all confidential documents produced in this litigation will be destroyed by all parties (but may be retained by counsel).

DONE IN OPEN COURT this 13th day of September, 2007.

_____
HON. RONALD B. LEIGHTON

Presented by:

ROBERT M. MCKENNA
Attorney General


/s/ Jeffrey D. Stier
JEFFREY D. STIER, WSBA No. 6911
Assistant Attorney General
Attorneys for WSP Defendants

Copy Received, Notice of Presentation Waived:

LEEMON + ROYER PLLC


/s/ Mark Leemon
MARK LEEMON, WSBA #5005
Counsel for Plaintiffs

Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300