THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS WOOD and SANDRA KARLSVIK, husband and wife,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>KITSAP COUNTY; WEST SOUND NARCOTICS ENFORCEMENT TEAM; OFFICER MATTHEW DOUGIL WestNET); GIG HARBOR POLICE DEPARTMENT; DETECTIVE JOHN DOE SCHUSTER (WestNET) DETECTIVE JOHN HALSTED (POULSBO POLICE DEPT, WestNET, Badge #606); DETECTIVE G.R. MARS (WSP STATEWIDE INCIDENT RESPONSE TEAM, Badge #685); DETECTIVE JOHN DOE WILSON and JOHN DOES 1-25<br><br>　　　　　　　　Defendants. | No. . C05-5575RBL<br><br>MOTION FOR ORDER OF VOLUNTARY NONSUIT OF DEFENDANT WEST SOUND NARCOTICS ENFORCEMENT TEAM |

COME NOW Douglas Wood and Sandra Karlsvik, by and through their attorney of record, Leemon + Royer PLLC, and Mark Leemon, and move this court for an order of voluntary nonsuit against the following named defendant in the above-entitled action:

WEST SOUND NARCOTICS ENFORCEMENT TEAM.

MOTION FOR ORDER OF VOLUNTARY NONSUIT
OF DEFENDANT WEST SOUND NARCOTICS
ENFORCEMENT TEAM - 1

Leemon
+ Royer
PLLC

2505 Second Avenue, Suite 610, Seattle, WA 98121
Phone 206 269-1100   Fax 206 269-7424

This motion is based on CR 41(a) the files and pleadings herein and the affidavit of counsel.

Date: 11/15/07

LEEMON + ROYER

By: _____
Mark Leemon
WSBA #5005
Attorneys for Plaintiffs

## AFFIDAVIT

STATE OF WASHINGTON )
                    )
COUNTY OF KING      )

MARK LEEMON, being first duly sworn upon oath, deposes and says:

I am the attorney for the plaintiffs in the above-entitled action. I have fully advised my clients, Douglas Wood and Sandra Karlsvik, regarding this Motion for Order of Voluntary Nonsuit and have received their authorization to enter same.

No counterclaim has been pled by defendant West Sound Narcotics Enforcement Team.

I swear under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 15 day of November, 2007.

_____
Mark Leemon

WITNESS MY HAND AND OFFICIAL SEAL this 15 day of November 2007.

_____
Emily C. Dion-Karp
NOTARY PUBLIC in and for the State of Washington, residing at Seattle.
My commission expires October 29, 2008.

MOTION FOR ORDER OF VOLUNTARY NONSUIT
OF DEFENDANT WEST SOUND NARCOTICS
ENFORCEMENT TEAM - 2

Leemon + Royer PLLC
2505 Second Avenue, Suite 610, Seattle, WA 98121
Phone 206 269-1100   Fax 206 269-7424

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS WOOD and SANDRA KARLSVIK, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY; WEST SOUND NARCOTICS ENFORCEMENT TEAM; OFFICER MATTHEW DOUGIL WestNET); GIG HARBOR POLICE DEPARTMENT; DETECTIVE JOHN DOE SCHUSTER (WestNET) DETECTIVE JOHN HALSTED (POULSBO POLICE DEPT, WestNET, Badge #606); DETECTIVE G.R. MARS (WSP STATEWIDE INCIDENT RESPONSE TEAM, Badge #685); DETECTIVE JOHN DOE WILSON and JOHN DOES 1-25<br><br>Defendants. | No. . C05-5575RBL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY NONSUIT OF DEFENDANT WEST SOUND NARCOTICS ENFORCEMENT TEAM<br><br>CLERK'S ACTION REQUIRED<br><br>*Proposed* |

THIS MATTER having come on duly and regularly before the undersigned judge of the above-entitled court upon plaintiffs' motion for an order of voluntary non-suit; the court having considered the records and files herein, and being fully apprised in the premises, now, therefore

ORDER GRANTING PLAINTIFFS' MOTION
FOR VOLUNTARY NONSUIT OF
DEFENDANT KITSAP COUNTY - 1

Leemon + Royer PLLC
2505 Second Avenue, Suite 610, Seattle, WA 98121
Phone 206 269-1100  Fax 206 269-7424

IT IS HEREBY ORDERED that plaintiffs' motion for voluntary non-suit is GRANTED and plaintiffs' complaint and action against defendant WEST SOUND NARCOTICS ENFORCEMENT TEAM, is dismissed without prejudice.

DONE IN OPEN COURT this _____ day of November, 2007.

_____
The Honorable Ronald B. Leighton

Prepared and Presented by:

Leemon + Royer PLLC

_____
Mark Leemon, WSBA# 5005
Attorney for Plaintiffs

Approved as to form
Notice of Presentation Waived

_____
/s/Jeffrey Stier
Attorney General of Washington, Torts Division
629 Woodland Square Loop SE
Olympia, WA 98504-0126
(360) 586-6300
JeffreyS@atg.wa.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am an employee of LEEMON + ROYER PLLC and am a person of such age and discretion as to be competent to serve papers;

That on November __15__ 2007, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

Jeffrey Stier
Attorney General of Washington, Torts Division
629 Woodland Square Loop SE
Olympia, WA 98504-0126
JeffreyS@atg.wa.gov

DATED this __15__ day of November, 2007.

_____
Emily Dion-Karp, Paralegal

MOTION FOR ORDER OF VOLUNTARY NONSUIT
OF DEFENDANT WEST SOUND NARCOTICS
ENFORCEMENT TEAM - 3

Leemon + Royer PLLC
2505 Second Avenue, Suite 610, Seattle, WA 98121
Phone 206 269-1100   Fax 206 269-7424